IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-CR-126-KAC-DCP |
| ) | |
| JUAN LOPEZ GALLARDO, ) | |
| JOSEDAD DELACRUZ, & ) | |
| SERGUIN CASTRO-CARIAS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

All pretrial motions in this case have been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) for disposition or recommendation. Defendants Juan Lopez Gallardo [Doc. 139] and Josedad Delacruz [Doc. 140] move to extend the October 3, 2022 plea deadline in this case. Defendant Gallardo, who is detained in London, Kentucky, seeks a short continuance of the plea deadline to give counsel time to meet with him to review the proposed plea agreement. Counsel states he received the proposed agreement on Friday, September 30, 2022, and cannot meet with Defendant by the October 3 plea deadline. Counsel for Defendant Delacruz anticipates receiving a proposed plea agreement on October 10, 2022, and asks for an extension to October 24, 2022, to review the agreement with his client, who is also detained in London Kentucky. Both motions state that the Government does not oppose the requested extension. The Court finds Defendants have shown good cause for a brief extension of the plea deadline. The motions [**Docs. 139 & 140**] are **GRANTED**, and the deadline for **all** Defendants to file a plea agreement in the record is extended to **OCTOBER 24, 2022**.

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
United States Magistrate Judge