# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-126-4                                              Date: November 9, 2022

## United States of America   vs.   Serguin Castro-Carias

**PROCEEDINGS: In Person Change of Plea.** The interpreter, Ana Reyna, was sworn. The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

### THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

| Jason Huffaker | Terri Grandchamp | Katelyn Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | | Russell T. Greene |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Amended Plea Agreement [R.168] filed on October 31, 2022    ☐ sealed    ■ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea    ■ granted    ☐ denied
- ■ Defendant waived reading of the Indictment    ☐ Indictment read
- ■ Defendant pleaded guilty to Count 5 of the Indictment.
- ☐ Government moved to dismiss the remaining counts as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET:  **Sentencing:** April 6, 2023 at 11:30 a.m. in Courtroom 3C
   **Before** the Honorable Katherine A. Crytzer, United States District Judge

---

• Parties must adhere to Local Rules 83.9.

• If any witnesses are to be called at sentencing, parties must expressly notify the Court at least fourteen days prior to the sentencing date.

---

- ☐ Defendant to remain on conditions pending sentencing
- ■ Defendant remanded to custody

2:48 – 3:19